

*United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0166/AR. U.S. v. Dustyn R. Kidd. CCA 20150280. In the above referenced cases, on further consideration of the granted issue, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0112/AR. U.S. v. Jason R. Crews. CCA 20130766. On consideration of the order issued by the Court, 76 M.J. 341 (Daily Journal, May 4, 2017), it is ordered that said order is hereby vacated.

No. 17–0199/AF. U.S. v. Ricky D. Chisum, Jr. CCA S32311. Appellant's motion to extend time to file a brief and joint appendix granted to May 26, 2017.

No. 17–0356/AF. U.S. v. Devin J. Vanhise. CCA 38882. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to May 18, 2017.

No. 17–0388/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 22, 2017.

No. 17–0389/AR. U.S. v. Glen R. Urik. CCA 20140844. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 24, 2017.

Monday, May 8, 2017

No. 17–0121/AR. U.S. v. Elvis R. Garcia. CCA 20150715. In the above referenced cases, on further consideration of the granted issues, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0176/AR. U.S. v. Reginald E. Charles. CCA 20160414. In the above referenced cases, on further consideration of the granted issue, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0263/AR. U.S. v. Timothy B. Hennis. CCA 20100304. Appellant's motion to extend time to file a brief granted to May 31, 2017.

No. 17–0265/CG. U.S. v. Colby C. Bailey. CCA 1428. Appellant's motion to extend time to file a brief granted to June 6, 2017.

No. 17–0360/AF. U.S. v. Donald W. Cox. CCA 38885. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to May 30, 2017.

No. 17–0390/AR. U.S. v. Randal C. Rucker. CCA 20140845. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 25, 2017.

Tuesday, May 9, 2017

Petitions for Grant of Review Filed

No. 17–0392/AF. U.S. v. Robert A. Condon. CCA 38765.

No. 17–0393/AF. U.S. v. Collin M. Lee. CCA 38888.